IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., a Texas corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>Google Inc., a Delaware corporation; and YouTube LLC, a Delaware limited liability company,<br><br>                Defendants. | Civil Action No. 2:14-cv-11<br><br>**Jury Demanded** |

## NOTICE OF P.R. 4-2 DISCLOSURES

In accordance with Local Patent Rule 4-2 and the Court's April 24, 2014 Docket Control Order, Plaintiff SimpleAir, Inc. hereby notifies the Court that it served its required preliminary claim constructions on counsel for Defendant via electronic mail and ftp on December 10, 2014.

Date:  December 11, 2014

Respectfully submitted,

By: /s/ *Elizabeth L. DeRieux*
John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice before the U.S. District Court for the Eastern District of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: jeff@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Email:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email:  ederieux@capshawlaw.com
Capshaw DeRieux LLP
114 E. Commerce

1

                                              Gladewater, Texas 75647
                                              Telephone: (903) 236-9800
                                              Facsimile: (903) 236-8787

                                              ATTORNEYS FOR PLAINTIFF
                                              SIMPLEAIR, INC.

## **CERTIFICATE OF SERVICE**

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this December 11, 2014 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ Elizabeth L. DeRieux
                                              Elizabeth L. DeRieux