**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SimpleAir, Inc., | Civil Action No. 2:14-cv-00011-JRG |
| Plaintiff, | **Jury Demanded** |
| vs. | |
| Google Inc., et al., | |
| Defendants. | |
| SimpleAir, Inc., | Civil Action No. 2:13-cv-00937-JRG |
| Plaintiff, | **Jury Demanded** |
| vs. | |
| Google Inc., | |
| Defendant. | |

**SimpleAir's <u>Unopposed</u> Motion to File Excess Pages**

SimpleAir respectfully moves for an additional four pages for its Reply claim construction brief. SimpleAir requests this additional space (a) to respond to several modified constructions that Defendants presented for the first time in their Responsive Brief; and (b) to respond to Defendants' argument that several claim elements are governed by section 112, paragraph 6. Defendants disagree with SimpleAir's characterization of their claim construction positions, but do not oppose SimpleAir's request for four additional pages. A proposed order is attached.

Date: March 12, 2015 Respectfully submitted,

By: /s/ *Simon Franzini*
Simon Franzini
CA State Bar No. 287631
(admitted to practice before the U.S. District Court for the Eastern District of Texas)

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: simon@dovellaw.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux LLP
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**ATTORNEYS FOR PLAINTIFF SIMPLEAIR, INC.**

### Certificate of Service

I certify that this document is being filed electronically and, as a result, is being served on counsel of record through the Electronic Filing System on the filing date listed above.

/s/ *Simon Franzini*
Simon Franzini