# EXHIBIT 5:

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF TEXAS

3                   MARSHALL DIVISION

4

5   SIMPLEAIR, INC.,              :   Case No.

6        Plaintiff,              :   2:14-cv-00011-JRG

7   v.                            :

8   GOOGLE INC, et al.,          :

9        Defendants.             :

10   _____     :

11   SIMPLEAIR, INC.,              :   Case No.

12        Plaintiff,              :   2:13-cv-00937-JRG

13   v.                            :

14   GOOGLE INC.,                  :

15        Defendant.              :

16

17

18      VIDEOTAPED DEPOSITION OF STEPHEN B. WICKER

19            San Francisco, California

20            Monday, March 9, 2015

21                  9:30 a.m.

22

23

24

25   Job No. 91240

1

2

3

4

5

6       The following is the transcript of the

7   videotaped deposition of STEPHEN B. WICKER held

8   at the offices of:

9

10

11       Quinn Emanuel Urquhart & Sullivan LLP

12       50 California Street, 22nd Floor

13       San Francisco, California

14

15

16

17       Taken pursuant to applicable Rules of

18   Civil Procedure, before Linda S. Kinkade,

19   Registered Diplomate Reporter, Certified

20   Realtime Reporter, Registered Professional

21   Reporter, Registered Merit Reporter and

22   Certified Shorthand Reporter, as licensed by the

23   State of California.

24

25

1    APPEARANCES:

2

3    On Behalf of Plaintiff:

4             Dovel & Luner

5             By: Simon Franzini, Esquire

6             201 Santa Monica Boulevard

7             Santa Monica, California 90401

8

9

10

11

12

13   On Behalf of Defendants:

14            Quinn Emanuel Urquhart & Sullivan

15            By: Michelle Clark, Esquire

16            50 California Street

17            San Francisco, California 94111

18

19

20

21

22   Also Present:

23            Duane Groth, Videographer

24

25

1    BY MR. FRANZINI:

2          Q.   What does the term "gateway" mean?

3               MS. CLARK:   Object to form.

4               THE WITNESS:   Within the context of

5    the asserted claims and my declaration, there

6    are two different gateways.   Are you referring

7    to one or the other or are you speaking

8    generally?

9    BY MR. FRANZINI:

10         Q.   I'm speaking generally about the term

11   gateway.

12              MS. CLARK:   Object to form.

13   BY MR. FRANZINI:

14         Q.   What is the ordinary meaning of the

15   term gateway to one of ordinary skill in the art

16   at the time of the filing of the patents in this

17   case?

18         A.   Outside of the context of the asserted

19   claims and simply considering the word in

20   isolation, a person of skill in the mid-'90s

21   would have understood a gateway to be an

22   interface between two different kinds of

23   networks.

24   BY MR. FRANZINI:

25         Q.   Would a person of ordinary skill in

1   would have an understanding of what

2   communicatively coupled means, and then that

3   understanding would be contradicted by the

4   understanding that the specification would

5   provide?

6           MS. CLARK:  Object to form.

7           THE WITNESS:  In paragraph 104 I state

8   that there is a dictionary definition of

9   coupled.  So one of ordinary skill would infer

10  from that dictionary definition of coupled that

11  communicatively coupled means two or more

12  instruments are communicating.

13      So a person of skill would have a general

14  understanding of what the term meant, but that

15  understanding would be contradicted by what he

16  or she sees in the written description.

17  BY MR. FRANZINI:

18      Q.  So without that contradiction --

19  withdrawn.

20      But for the what you call a contradiction

21  in the written description, one of ordinary

22  skill in the art would understand what

23  communicatively coupled means?

24          MS. CLARK:  Object to form.

25          THE WITNESS:  A person of skill would

1  be able to infer from the dictionary definition

2  that I cite some understanding of what

3  communicatively coupled means absent the

4  contradiction in the written description.

5  BY MR. FRANZINI:

6        Q.  Well, one of ordinary skill in the art

7  would understand that communicatively coupled

8  means that two or more instruments are

9  communicating in your opinion?

10        MS. CLARK:  Object to form.

11        THE WITNESS:  Simply working with the

12  dictionary definition separate from the written

13  description, a person of ordinary skill would

14  infer that communicatively coupled means two or

15  more instruments are communicating.

16  BY MR. FRANZINI:

17        Q.  So one of ordinary skill in the art

18  wouldn't need a definition or an explanation of

19  what communicatively coupled means in the

20  specification in order to understand the meaning

21  of that term.

22        MS. CLARK:  Object to form.

23        THE WITNESS:  Without looking at the

24  written description, a person of skill would be

25  able to infer a meaning for communicatively

Page 78

1   coupled, but that meaning would be contradicted

2   by an investigation of the written description

3   itself.

4   BY MR. FRANZINI:

5       Q.  I want to ask you about the

6   understanding that a person of ordinary skill in

7   the art would have of communicatively coupled

8   absent any contradiction in the written

9   description.

10      A.  Okay.

11      Q.  Is there anything in this definition

12  that would preclude one component of a server to

13  be communicatively coupled with a different

14  component of that same server?

15          MS. CLARK:  Object to form.

16          THE WITNESS:  Which definition are you

17  referring to?

18  BY MR. FRANZINI:

19      Q.  I'd like to ask you about the

20  definition that one of ordinary skill in the art

21  would have of communicatively coupled absent any

22  contradiction in the written description.

23      A.  Okay.  So you're referring, then, to

24  paragraph 104 where I say that the person of

25  skill would infer from the dictionary definition

Page 80

1    BY MR. FRANZINI:

2         Q.   Could you please clarify?

3              MS. CLARK:   Object to form.

4              THE WITNESS:   What I state is that,

5    given a starting place, an inference may be

6    drawn to obtain a definition.   I'm not saying

7    that without that starting place a person of

8    skill would be able to come up with

9    communicatively coupled.   It's not a term of

10   art.   It's not something that the person of

11   skill would have been familiar with.

12   BY MR. FRANZINI:

13        Q.   A person of ordinary skill would have

14   access to dictionaries such as one that you

15   cite?

16        A.   Yes.

17        Q.   So a person of ordinary skill in the

18   art from 1995 to 1996 would be able to

19   understand the meaning of communicatively

20   coupled by drawing on things like dictionary

21   definition of coupled?

22              MS. CLARK:   Object to form.

23              THE WITNESS:   Given the dictionary

24   definition that I cite, a person of skill could

25   infer a definition.

Page 96

1    described as being communicatively coupled are

2    depicted in the written description?

3              MS. CLARK:  Object to form.

4              THE WITNESS:  I rely on the entire

5    written description, but I do look at this

6    figure and cite it as an example.

7    BY MR. FRANZINI:

8         Q.  So is it your understanding that --

9    withdrawn.

10             Looking at Fig. 2, would one of ordinary

11   skill in the art understand the wireless gateway

12   to be communicatively coupled with the

13   information gateway?

14             MS. CLARK:  Object to form.

15             THE WITNESS:  I note in my declaration

16   that, according to this figure and the

17   associated text in the written description,

18   column 8, line 6, to column 9, line 17, a person

19   of skill would understand that the information

20   gateway is communicatively coupled to the

21   wireless gateway 136 and content manager 114.

22   BY MR. FRANZINI:

23        Q.  Would it also be communicatively

24   coupled with the subscriber database 130?

25             MS. CLARK:  Object to form.

1    one of the hosts tried to talk to the other host

2    it would get a response.

3    BY MR. FRANZINI:

4         Q.   So defendants' construction has one or

5    more content or online service providers

6    including -- withdrawn.

7         Defendants' construction of an information

8    source is one or more content or online service

9    providers including all content providers on the

10   Internet that provide data to the central

11   broadcast server, right?

12        A.   That's correct.

13        Q.   So you just mentioned that it's

14   possible to have a content provider on the

15   Internet that does not provide data to the

16   central broadcast server.

17             MS. CLARK:   Object to form.

18             THE WITNESS:   It is possible for one

19   host to be on the Internet and another host to

20   be on the Internet and yet they never actually

21   communicate because, for whatever reason, one

22   host never contacts the other.   It doesn't mean

23   they are not hosts on the Internet.

24   BY MR. FRANZINI:

25        Q.   So as you understand defendants'

1  construction, does the information source

2  actually have to provide data to the central

3  broadcast server -- withdrawn.

4      Under your understanding of defendants'

5  construction of an information source, to meet

6  the definition of an information source must a

7  content provider actually provide data to the

8  central broadcast server or not?

9          MS. CLARK:  Object to form.

10          THE WITNESS:  It must be able to

11  provide information to the central broadcast

12  server, if asked.  This definition -- this

13  construction -- does not mean to me that all

14  content providers on the Internet are constantly

15  bombarding the central broadcast server with

16  information.

17  BY MR. FRANZINI:

18      Q.  So if a content provider is on the

19  Internet but it never provides data to the

20  central broadcast server, it could still meet

21  the definition of an information source in your

22  opinion?

23      A.  It would be an information source if

24  asked data was provided.  But if it's never

25  asked, it could still be an information source

1    even though it never actually provides data.

2          Q.  So defendants' construction is one or

3    more content or online service providers that

4    provide data to the central broadcast server,

5    but you're interpreting that to mean that they

6    don't actually have to provide data to the

7    central broadcast server?

8          MS. CLARK:  Object to form.

9          THE WITNESS:  That provide data to the

10   central broadcast server, if asked.

11   BY MR. FRANZINI:

12         Q.  Does defendants' construction include

13   an "if asked" at the end?

14         A.  I think a person of skill would

15   understand that this construction is not

16   intended to mean that all content providers are

17   continually providing data to the central

18   broadcast server.

19         Q.  Well, there's a distinction between a

20   content provider that continuously provides data

21   to the central broadcast server and one that

22   does sometimes, correct?

23         MS. CLARK:  Object to form.

24         THE WITNESS:  That is certainly the

25   case.

1   BY MR. FRANZINI:

2        Q.  So in your opinion a content or online

3   service provider could meet the definition of an

4   information source even though it never provides

5   data to the central broadcast server.

6            MS. CLARK:  Object to form.

7            THE WITNESS:  Again, if the content

8   provider is capable of providing data when asked

9   and it's never asked, it won't provide data.

10  BY MR. FRANZINI:

11       Q.  But it would still be an information

12  source in your opinion.

13           MS. CLARK:  Object to form.

14           THE WITNESS:  It would be an

15  information source in the sense that, if asked,

16  it would provide data.

17  BY MR. FRANZINI:

18       Q.  Please turn to Claim 1 of the '279

19  patent.

20       A.  Okay.

21       Q.  Claim 1 recites a system to transmit

22  data from an information source to remote

23  computing devices and that system includes a

24  central broadcast server.

25       A.  That's correct.

Page 149

1    BY MR. FRANZINI:

2         Q.   Is it your opinion that a content or

3    online service provider must be on the Internet

4    to be an information source?

5         A.   No.

6         Q.   So the only difference between

7    defendants' proposed construction and

8    SimpleAir's proposed construction, as I see it,

9    is the clause "including all content providers

10   on the Internet."

11        A.   That's correct.

12        Q.   You mentioned before that you

13   understood that to mean that the Internet itself

14   could be an information source.

15        A.   That's correct.

16        Q.   So the only difference between

17   defendants' proposed construction and

18   SimpleAir's proposed construction, as you

19   understand it, is that, under defendants'

20   proposed construction, the Internet itself could

21   satisfy the an information source limitation

22   whereas in SimpleAir's proposed construction it

23   could not?

24        A.   The plaintiff's proposed construction

25   fails to account for the fact that the

1  specification clearly cites the Internet as an

2  information source.

3       Q.  So your understanding is that the

4  difference between SimpleAir's proposed

5  construction and defendants' is that defendants'

6  allows for the Internet itself to be an

7  information source whereas SimpleAir does not

8  make that clear?

9       A.  That's correct.

10      Q.  And that's the reason that you believe

11 the phrase "including all content providers on

12 the Internet" should be included in the

13 construction of an information source?

14      A.  That's correct.

15      Q.  Your construction of data is content

16 of a message?

17      A.  With examples, that's correct.  I do

18 add "such as news, weather, sports or financial

19 information."

20      Q.  What do you mean by "content"?

21      A.  The information-carrying capacity.

22      Q.  So would that exclude information

23 that's in the header of a message?

24           MS. CLARK:  Object to form.

25           THE WITNESS:  Within the context of

1   people of skill would recognize the general

2   definition of data to be the content of a

3   message, as distinguished from header

4   information.

5   BY MR. FRANZINI:

6        Q.  Can the word "data" outside the

7   context of the specification of the asserted

8   patents also refer to information that's not the

9   content of a message, such as the header?

10       A.  I have seen that less frequently, but

11  I have seen examples of it.

12       (Exhibit 7 was marked for identification.)

13  BY MR. FRANZINI:

14       Q.  I'm showing you the declaration of

15  Dr. Knox that was submitted in this case.

16       A.  Yes.

17       Q.  Please turn to paragraph 16.

18  Paragraph 16 sets forth two dictionary

19  definitions of the word "data."

20       A.  Okay.

21       Q.  Outside of the context of the asserted

22  patents, do you believe this is an incorrect --

23  either of these definitions are an incorrect

24  definition of the word "data"?

25       A.  Okay.  I think the first definition,

1   What I'm trying to understand is can the word

2   "data" be used outside of the context of the

3   patent in a broader sense to include information

4   suitable for digital transmission or computer

5   use that's not the content of a message, such

6   as, for example, header information?

7            MS. CLARK:  Object to form.

8            THE WITNESS:  I would not use the term

9   that way.

10  BY MR. FRANZINI:

11       Q.  Well, my question is a little

12  different.  Can the word "data" be used in a

13  broader sense that includes header information?

14            MS. CLARK:  Object to form.

15            THE WITNESS:  I have seen it used that

16  way.  I don't believe it's a consistent usage of

17  the term.  I don't use it that way, again,

18  unless I append modifiers to the term "data."

19  BY MR. FRANZINI:

20       Q.  So as it's used by people of ordinary

21  skill in the art, data can include things like

22  the header information in certain circumstances,

23  but you personally don't like that use of the

24  word "data"?

25            MS. CLARK:   Object to form.

1    THE WITNESS:  I think it's more
2    accurate to say that there are people who use
3    "data" in a loose manner to cover anything
4    that's transmitted, and I don't agree with that.
5    I like to distinguish data from control
6    information, and I have in the past.
7    BY MR. FRANZINI:
8         Q.  Please turn your attention back to
9    paragraph 16 of Dr. Knox's declaration.  Looking
10   at the first definition of data in paragraph 16,
11   that doesn't distinguish between the content of
12   a message and other information such as the
13   header of a message, does it?
14             MS. CLARK:  Object to form.
15             THE WITNESS:  Well, it does say
16   information which is represented in a manner
17   suitable for digital transmission or computer
18   use.  It would depend on how you read the word
19   "information."  If you were going to include
20   control information, then you're correct.
21   BY MR. FRANZINI:
22        Q.  Do you provide any definitions in
23   your -- withdrawn.
24        Do you provide any dictionary definition
25   in your declaration of "data" that limit the

Page 158

1   BY MR. FRANZINI:

2        Q.  Now you mentioned before that some

3   people use the word "data" to refer to

4   information other than the content of the

5   message, but that you disagree with that use.

6        A.  That's correct.

7        Q.  Now the patent actually uses the word

8   "data" to refer to information other than the

9   content of a message, correct?

10       A.  Can you point me to a specific

11  instance?

12       Q.  Well -- withdrawn.

13       Do you know whether or not the patent uses

14  the word "data" to refer to information other

15  than the content of a message?

16            MS. CLARK:  Object to form.

17            THE WITNESS:  Well, it's my

18  recollection that the patents are -- it's the

19  same written description -- they are consistent

20  in talking about data as being the content of a

21  message.

22  BY MR. FRANZINI:

23       Q.  So you're not aware of anywhere in the

24  written description of the patent where the word

25  "data" is used to refer to information other

1    than the content of a message?

2              MS. CLARK:  Object to form.

3              THE WITNESS:  Not that I recall.

4    BY MR. FRANZINI:

5         Q.  Please turn to -- pull out the '279

6    patent, please.

7         A.  Okay.

8         Q.  Turn to column 22.

9         A.  All right.

10        Q.  On line -- well, starting at line 13

11   of the -- of column 22 of the '279 patent, it

12   says:

13             The process of targeting data to

14             a user utilizing real and virtual

15             addresses is illustrated in

16             Fig. 15.  Data blocks are built

17             in the information gateway and

18             all applicable real and virtual

19             addresses are determined based on

20             the type of information in the

21             data block and user subscription

22             data from the subscriber

23             database.

24        A.  Okay.

25        Q.  Does "user subscription data" refer to

Page 160

1  the content of the message?

2          MS. CLARK:  Object to form.

3          THE WITNESS:  Okay.  So what's being

4  described here, data blocks are built in the

5  information gateway and all applicable real and

6  virtual addresses are determined based on the

7  type of information in the data block, what sort

8  of content is there in the data block, and user

9  subscription data from the subscriber database.

10      So the information gateway is pulling

11  subscription data from the subscriber database

12  in an effort to determine who should receive the

13  content.

14  BY MR. FRANZINI:

15      Q.  Now that subscription data does not

16  refer to the content of a message, right?

17      A.  Subscription data is not the content

18  of the message; it is the content of the

19  subscriber database.  So it is content from the

20  subscriber database as opposed to content that

21  would be in the data blocks.

22      Q.  Please turn to column 22, line 59.

23      A.  Okay.

24      Q.  Line 59, the written description of

25  the '279 patent says:

1          The communication server 38

2          receives data from the wireless

3          device via the interface,

4          extracts the different types of

5          data blocks, passes public data

6          blocks to the user interface

7          alert panel and processes private

8          data blocks locally.

9      A.  Okay.

10     Q.  The communication server 38 is also

11         responsible for initializing the

12         wireless device and maintaining

13         the address database which

14         determines which received

15         messages will be processed.  In

16         addition, it provides diagnostic

17         data on the received messages for

18         software debug purposes.

19     A.  Okay.

20     Q.  Now diagnostic data does not refer to

21     the content of the message in this passage,

22     correct?

23         MS. CLARK:  Object to form.

24         THE WITNESS:  Just to be clear, the

25     term "data" is being construed in light of the

1    claim in which it's used, and that's what I
2    addressed.  There are other types of data in the
3    world other than data that goes into the claimed
4    messages in the -- in the asserted claims of the
5    patent.  So, yes, there are different kinds of
6    data.
7    BY MR. FRANZINI:
8         Q.  And your definition of data is one
9    that you believe is appropriate in the context
10   of the claims as they are described in the
11   written description?
12        A.  Exactly.
13        Q.  So just to be clear, your construction
14   of the word "data" isn't a general definition of
15   data; it's a particular definition that you
16   believe applies within the context of the
17   asserted claims?
18             MS. CLARK:  Object to form.
19             THE WITNESS:  The construction I
20   provide is what I believe the person of ordinary
21   skill would believe data to mean in the context
22   of the claims in light of the written
23   description.
24   BY MR. FRANZINI:
25        Q.  So it's not a general definition of

1    Withdrawn.

2         It's your belief that the written

3    description and the figures that you cite all

4    use the word "data" consistent with defendants'

5    proposed construction but none of them define

6    data to mean content of a message or disclaim

7    certain meanings of the word "data."

8              MS. CLARK:  Object to form.

9              THE WITNESS:  None of what I cite sets

10   itself forth as an explicit definition for the

11   word "data."

12   BY MR. FRANZINI:

13        Q.  It also doesn't disclaim certain

14   meanings of data, correct?

15             MS. CLARK:  Same objection.

16             THE WITNESS:  There's no explicit

17   disavowal of what data covers or doesn't cover.

18   BY MR. FRANZINI:

19        Q.  So let's take a look at the figure --

20   withdrawn.

21        Let's take a look at paragraph 49 of your

22   declaration.

23        A.  Okay.

24        Q.  Now it's your position that the

25   description in the -- withdrawn.

1   forth any opinions regarding what the specific

2   flags mean.  They are a form of overhead.  I

3   don't consider them to be data.

4        Q.  Let's see if we can get some more

5   clarity on what happens to the data blocks.

6   Withdrawn.

7        So the data block depicted in Fig. 5 is

8   broken down into messages and then the messages

9   are broken down into packets?

10       A.  That's correct.

11       Q.  Is all the information in Fig. 5

12  included in the messages that are then broken

13  down into packets or is only some of the

14  information in Fig. 5 included in those

15  messages?

16            MS. CLARK:  Object to form.

17            THE WITNESS:  Looking at the bottom of

18  column 12 and going on to column 13 of the '279,

19  column 12, line 64:

20            Data from the information sources

21            is packed into 8-bit binary

22            format data blocks in the central

23            broadcast server 34.  The two

24            basic data block types are

25            illustrated in Figs. 5 and 6.

1    You're asking about Fig. 5.

2    In particular, Fig. 5 defines the

3    8-bit binary format information

4    notification data blocks while

5    Fig. 6 defines the 8-bit binary

6    format for personal alert

7    notification data blocks.

8    Information notification data

9    blocks illustrated in Fig. 5

10    contain general information

11    targeted to all users, including

12    but not limited to news headlines

13    and stories, sports scores,

14    financial market information,

15    data, and so forth.

16  Moving ahead a little bit to line 11:

17    Prior to transmission at the

18    central broadcast server the data

19    packets are encoded using a

20    protocol suitable for the

21    transmission of information.

22    Data blocks are packetized for

23    transmission over the wireless

24    broadcast network using

25    transmission protocols.

1      It's my understanding, based on that, that

2    all of Fig. 5 is broken down -- or segmented is

3    the typical term -- for inclusion in the payload

4    of, for example, an IP packet -- actually TCP

5    packet and then an IP packet.

6    BY MR. FRANZINI:

7         Q.  So all the information in Fig. 5.1 is

8    included in the payload of a TCP/IP packet?

9         A.  There is really no such thing as a

10   TCP/IP packet.  There is TCP and IP and then

11   there's many dozens of other protocols within

12   the general framework of TCP/IP.

13        TCP is the Transmission Control Protocol.

14   It operates the transport layer, and so it has a

15   payload, if you want to set up a TCP session --

16   that's not described in the patent -- but if you

17   were to do so, you would use the payload of the

18   TCP packet for your block and then take the TCP

19   segment and put it in the payload of an IP data

20   crimp.

21        Q.  So all the information depicted in

22   Fig. 5 is included in a TCP packet?

23        A.  For example, yes, which would then be

24   encapsulated in an IP packet for transmission.

25        Q.  So I want to go back to the breaking

Page 180

1        Q.  Well, I believe that Fig. 9 --

2    withdrawn.

3        We'll get to the single packet data block

4    situation in a second.

5        A.  Okay.

6        Q.  I want to talk about a situation where

7    a data block is broken up into multiple packets.

8        A.  Okay.

9        Q.  Now you mentioned before that all the

10   information in a data block that's set forth in

11   Fig. 5 is included in the payload of a packet.

12       A.  One or more packets.

13       Q.  One or more packets.  And those one or

14   more packets, their structure is described in

15   Fig. 8?

16           MS. CLARK:  Object to form.

17           THE WITNESS:  Fig. 8 is the 8-bit

18   binary format for a packet.

19   BY MR. FRANZINI:

20       Q.  Now when you said payload of the

21   packet before, were you referring to the packet

22   contents, Fig. 8?

23       A.  Yes.

24           MS. CLARK:  Object to form.

25   BY MR. FRANZINI:

1    Q.  So the information that's described in

2  Fig. 5 is in the packet contents field described

3  in Fig. 8?

4    A.  Or distributed across several packet

5  contents, that's right.

6    Q.  And now in the case of a -- where a

7  data block is enclosed in a single packet, which

8  we were just discussing, does Fig. 9 describe

9  the structure of a single packet data block?

10    A.  Yes.

11    Q.  And now in the packet contents, all of

12  the information in Fig. 5 would be in the packet

13  contents?

14        MS. CLARK:  Object to form.

15        MR. FRANZINI:  Withdrawn.  I'll give

16  it to you again.

17  BY MR. FRANZINI:

18    Q.  In the situation where a data block as

19  described in Fig. 5 is included in a single data

20  packet, all of the information in Fig. 5 would

21  be in the packet contents field of Fig. 9?

22    A.  That's correct, as based on the

23  portion of the written description that I just

24  read.

25        MR. FRANZINI:  Shall we take a break?

1    that we talked about earlier today?

2         A.  Yes.

3         Q.  So what you mean is that the -- well,

4    withdrawn.

5         So information source for a particular

6    piece of data must necessarily produce the

7    content of a message by either creating the

8    content of the message itself or combining the

9    content from subparts it receives from other

10   sources?

11        A.  Yes.

12        Q.  So here you list two ways that an

13   information source can produce data.  It can do

14   it by creating the content or by taking the

15   content from elsewhere and combining it.

16            MS. CLARK:  Object to form.

17   BY MR. FRANZINI:

18        Q.  Is that correct?

19        A.  That's correct.

20        Q.  So in your opinion producing data

21   includes producing data by creating it, creating

22   the content, and producing data by combining the

23   content?

24            MS. CLARK:  Object to form.

25            THE WITNESS:  What I state is the

1          MS. CLARK:  Object to form.

2          THE WITNESS:  Generation is an act of

3    creation.  It's not an act of simply passing

4    along something what it obtains from elsewhere.

5    It's the standard English meaning of the word

6    "generate."

7    BY MR. FRANZINI:

8         Q.  So the word "generating" is what

9    causes you to believe that generating data

10   includes producing data by creating the content

11   but not producing data by combining the content

12   received from other sources?

13          MS. CLARK:  Object to form.

14          THE WITNESS:  Generating does not

15   include combining from other sources.

16   BY MR. FRANZINI:

17        Q.  So your understanding that the claim

18   phrase "generating data" excludes combining

19   content from other sources comes from the word

20   "generating"?

21          MS. CLARK:  Object to form.

22          THE WITNESS:  The word "generate" does

23   not cover combining from other sources.

24   BY MR. FRANZINI:

25        Q.  Now suppose that -- withdrawn.

Page 193

 1          Do you have any -- did you provide any

 2    dictionary definitions of the word "generating"

 3    in your declaration?

 4          A.   No, I don't believe I did.

 5          Q.   Did you provide any evidence at all

 6    about the meaning of the word "generating"?

 7          A.   Other than my opinion and what I cite

 8    from the written description, no.

 9          Q.   When you say what you cite from the

10    written description, what are you referring to?

11          A.   The use of the word "generate" in

12    paragraph 57.

13          Q.   Well, in paragraph 57 it looks like

14    you're quoting the claim term "generating data."

15          A.   That's correct.

16          Q.   You're not citing the word "generating

17    data" in the written description, correct?

18          A.   The data means generated by the

19    information sources is what I'm citing in

20    paragraph 57.

21          Q.   Do you quote a passage from the

22    written description that uses the word

23    "generating" in paragraph 57?

24          A.   It has the word "generated."  It's not

25    the specific conjugation you're referring to,

1   but it says the 154 patent in column 7, lines

2   59 -- line 59 through column 8, line 5, includes

3   the words "the data feeds generated by the

4   information sources."

5          Q.   The paragraph -- withdrawn.

6          Does that paragraph say how the

7   information sources produce the data feeds?

8          A.   No, it does not.

9          Q.   It doesn't say that, for example, that

10  the data feeds are produced by creating the

11  content of the data, correct?

12          MS. CLARK:   Object to form.

13          THE WITNESS:   It says the data feeds

14  generated by the information sources.

15  BY MR. FRANZINI:

16          Q.   Is there anything about this paragraph

17  that you cite that leads you -- that you can

18  point to as evidence of the fact that the word

19  "generated" means producing by creating and

20  excludes producing by combining?

21          A.   I would note that the data feeds

22  generated by the information source still makes

23  sense, if we say the data feeds created by the

24  information sources, but it's hard to see how an

25  information source is actually a source if

Page 195

1    generated could mean producing data to be

2    transmitted by creating or combining data, which

3    would mean there's some other source for the

4    source.

5         Q.  Well, the information source is the

6    source of the data feeds, correct?

7         A.  That's correct.

8         Q.  And those data feeds could be produced

9    by generating data or by combining data,

10   correct?

11        A.  That's correct, given the caveats we

12   went through earlier as to how produce means a

13   bit more than simply combine or generate.

14        Q.  So there's nothing about this sentence

15   that tells you, besides the word "generated"

16   itself, that tells you that the data feeds are

17   produced at the information source as opposed to

18   combined by the information source.

19            MS. CLARK:  I'm going to object to

20   form.

21            MR. FRANZINI:  I might have said that

22   wrong.  I'll give it to you again.  Withdrawn.

23   BY MR. FRANZINI:

24        Q.  There's nothing about this paragraph

25   that you cite in paragraph 57 of your

1    declaration other than the word "generated"

2    itself that tells you whether the data feeds are

3    produced by the information sources by combining

4    data or by creating the content of the data,

5    correct?

6          A.  Aside from the general understanding

7    of the word "generate," there's nothing else in

8    this citation that would point to creating as

9    opposed to creating and combining.

10         Q.  So the only support you have for

11   the -- your opinion that generating is limited

12   to producing by creating and excludes producing

13   by combining is your understanding of the word

14   "generating," correct?

15             MS. CLARK:  Object to form.

16             THE WITNESS:  My understanding is

17   certainly the main contribution I make in this

18   discussion.

19   BY MR. FRANZINI:

20         Q.  Well, it's not just -- well,

21   withdrawn.

22         You don't point to any evidence other than

23   your own opinion that the word "generating"

24   refers only to producing by creating the content

25   and not producing by combining, correct?

1        MS. CLARK:  Object to form.

2            THE WITNESS:  The only specific

3    evidence that I'd point to, for example, in 58

4    is my own understanding of the word "generate,"

5    what I believe a person of skill would have

6    understood at the time of the invention.

7    BY MR. FRANZINI:

8        Q.  Well, that's not just an example.

9    It's the only thing you point to, right?

10           MS. CLARK:  Object to form.

11           THE WITNESS:  The declaration speaks

12   for itself, but, again, 58 does constitute my

13   opinion of what a person of skill would have

14   thought the term meant.

15   BY MR. FRANZINI:

16       Q.  So you provide your opinion of what a

17   person of skill would understand the word

18   "generating" to mean, but you don't cite to any

19   intrinsic or extrinsic evidence that supports

20   that opinion, correct?

21           MS. CLARK:  Object to form.

22           THE WITNESS:  I don't point to any

23   extrinsic evidence.  I do point to the intrinsic

24   evidence, and my understanding of what a person

25   of skill would have thought the term meant is

1    consistent with that intrinsic evidence.

2    BY MR. FRANZINI:

3         Q.   So you point to the intrinsic evidence

4    when -- withdrawn.

5         When you say you point to the intrinsic

6    evidence, you mean that paragraph that we just

7    discussed, right?

8         A.   That's correct.

9         Q.   And we agree that that paragraph

10   doesn't actually say that generating --

11   withdrawn.

12        We agree that the only thing in that

13   paragraph -- withdrawn.

14        We agree that that paragraph doesn't give

15   any information about whether the word

16   "generated" means producing by combining or

17   producing by creating, correct?

18            MS. CLARK:   Object to form.

19            THE WITNESS:   I believe the use of the

20   word "generated" in the cited portion of the

21   written description is consistent with my

22   construction.

23   BY MR. FRANZINI:

24        Q.   Is it inconsistent with an

25   understanding of generating that includes

1  producing by combining?

2          A.   That's not something I considered.

3  Just sitting here it does not appear to be

4  inconsistent.

5          Q.   So the paragraph you cite on page --

6  withdrawn.

7          The passage from the written description

8  that you cite on paragraph 57 of your

9  declaration is consistent with the word

10  "generating" meaning producing by combining and

11  it's also consistent with an interpretation of

12  generated that is limited to producing by

13  creating, correct?

14          MS. CLARK:   Object to form.

15          THE WITNESS:   Other than the general

16  understanding of the word "generate," there

17  would be no inconsistency either way.

18  BY MR. FRANZINI:

19          Q.   Now in paragraph 59 you discuss the

20  Quote.com example?

21          A.   Yes.

22          Q.   And so it seems like -- withdrawn.

23          You make two assertions about the

24  Quote.com example.   The first is that there is

25  no indication that the claims of the '154 are

1  BY MR. FRANZINI:

2      Q.  Well, how about -- take a Macintosh

3  computer.  Would a Macintosh computer that is

4  capable of running Windows necessarily be

5  configured to run Windows?

6          MS. CLARK:  Object to form.

7          THE WITNESS:  If you define

8  "configured to run Windows" as meaning having

9  the software on the computer to run Windows,

10  then it's not necessarily there.

11  BY MR. FRANZINI:

12      Q.  Is it possible to receive data without

13  parsing it?

14      A.  One can receive data without in any

15  way breaking or dividing the data up into

16  components.

17      Q.  Please turn to page -- withdrawn.

18      Please turn to paragraph 76 of your

19  declaration.

20      A.  Okay.

21      Q.  You mention in the second half of

22  paragraph 76... the specifications of the '279

23  patent and the '154 patent make clear that the

24  claimed invention uses different parsers based

25  on the type of content of the incoming data, and

1      Q.  --

2      A.  And, again, if you don't mind just

3  telling me which paragraph.

4      Q.  Oh, sure.  Well, I'd like to ask you

5  specifically your opinion that the parsers must

6  correspond to the content of a message --

7      A.  Okay.

8      Q.  -- which is set forth in paragraph 73

9  of your declaration.

10     A.  Okay.

11     Q.  Now a parser, apart from the -- well,

12  withdrawn.

13     So you mentioned before that the reason

14  that you believe that the parser must correspond

15  to the content of the message was the written

16  description, correct?

17     A.  That's correct.  Every parser

18  described in the written description is a parser

19  associated with particular content.

20     Q.  So the word "parser" in general

21  doesn't necessarily require an association with

22  particular content; rather, a person of ordinary

23  skill in the art would see the word "parser" in

24  the claims and then turn to the written

25  description to understand what was meant, what

1        MS. CLARK:  Object.

2        THE WITNESS:  Sorry.

3   BY MR. FRANZINI:

4        Q.  And you state, for example, Fig. 24(d)

5   depicts a stock viewer that displays all stock

6   ticker information from a stock information

7   source.

8        A.  That's correct.

9        Q.  Now is stock ticker information from

10  an information source -- withdrawn.

11       Is stock ticker information from a stock

12  information source a category of information?

13           MS. CLARK:  Object to form.

14           THE WITNESS:  You could define a

15  category as information from a stock ticker, if

16  you so chose.

17  BY MR. FRANZINI:

18       Q.  You also say that the specification

19  similarly -- withdrawn.

20       You say that the specification similarly

21  discloses an email viewer capable of reading all

22  incoming email.

23       A.  That's correct.

24       Q.  Is email a category of information?

25       A.  You could define a category as email

Page 315

1    information.

2         Q.   Now in paragraph 134 you say that you

3    do not believe it is necessary to add

4    information received from an information source

5    that provides data to the central broadcast

6    server because it is clear from the claim

7    language itself that the claim data is

8    transmitted from an information source to a

9    central broadcast server.  Well, withdrawn.

10        You say that in paragraph 134 in the

11   second-to-last sentence, you say, it is already

12   clear from the claim language that the viewer is

13   associated with the data from an information

14   source to a central broadcast server.

15        A.   That's correct.

16        Q.   So your objection to including the

17   limitation -- withdrawn.

18        Your objection to including the

19   requirement that a viewer be for viewing

20   information received from an information source

21   that provides data to the central broadcast

22   server is that you believe it to be redundant.

23        MS. CLARK:  Object to form.

24        THE WITNESS:  I believe it would be

25   redundant.

1    Q.   Is it your understanding that the term

2    "subscriber database" as it is used in the

3    asserted claims is narrower than its ordinary

4    meaning?

5        A.   Yes -- or it's general meaning, I

6    should say.

7        Q.   So the general meaning of a subscriber

8    database would not require the database to

9    determine which subscribers receive which types

10   of content, but it's your opinion that the way

11   that the word is used in the asserted claims it

12   has that requirement?

13           MS. CLARK:   Object to form.

14           THE WITNESS:   It's my understanding

15   that subscriber database, as used in the claims

16   and as used in the written description, is a

17   database to determine which subscribers receive

18   which types of content.   It is not simply, for

19   example, a list of subscribers.

20   BY MR. FRANZINI:

21       Q.   But a list of subscribers would meet

22   the general definition of a subscriber database?

23           MS. CLARK:   Object to form.

24   BY MR. FRANZINI:

25       Q.   It's not the particular definition of

1    subscriber database that you believe applies to

2    the use of that word in the asserted claims?

3                MS. CLARK:    Sorry about that.    Object

4    to form.

5                THE WITNESS:    Absent the patent, the

6    claim language, the written description, if we

7    were to discuss, for example, the subscriber

8    database for The Economist magazine, there would

9    be information in there that would not

10   necessarily determine which subscribers receive

11   which types of content, I assume.    Maybe they do

12   have different versions for different people,

13   but let's suppose it's simply a list of

14   subscribers to a neighborhood newsletter --

15   that's a better example -- it's simply going to

16   be a list of people who receive the newsletter

17   and that's it.    That's clearly not what's meant

18   in the claims that we've been discussing.

19   BY MR. FRANZINI:

20        Q.    So that example you just gave would

21   meet the general definition of subscriber

22   database but in your view would not meet the

23   term "subscriber database" as it's used in the

24   claims and in the written description of the

25   asserted patents?

1        A.   That's correct.

2        Q.   The portion of the written description

3   that you believe supports that opinion is set

4   forth in paragraph 137 of your declaration?

5        A.   Yes.

6        Q.   The two passages that you cite are

7   describing embodiments in the specification?

8        A.   That's correct.

9        Q.   Is it your understanding that, if a

10  patentee submits a definition to the Patent

11  Trial and Appeal Board in connection with a

12  preliminary response to a post-grant proceeding

13  such as an inter partes review or a covered

14  business method review, that that definition is

15  binding in litigation?

16           MS. CLARK:   Object to form.

17           THE WITNESS:   It's my understanding

18  that statements made by the applicant in a

19  variety of proceedings do indicate what the

20  patentee believes is the extent of his or her

21  invention.

22  BY MR. FRANZINI:

23       Q.   And you're referring to statements

24  made in the prosecution history?

25       A.   That would be an example.