IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., et al. )<br>)<br>Defendants. ) | Civil Action No. 2:14-cv-00011-JRG<br><br>**JURY TRIAL DEMANDED** |
| SIMPLEAIR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC. )<br>)<br>Defendant. ) | Civil Action No. 2:13-cv-00937-JRG<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT GOOGLE INC'S MOTION TO REDACT TRANSCRIPT**

Defendant Google Inc. ("Defendant") respectfully submits this motion to redact the transcript of the hearing held in this case on April 28, 2015. During the hearing, certain matters were discussed that are confidential and subject to the Protective Order entered in this case. A transcript of the hearing was prepared by Shelly Holmes, Court Reporter.

Due to the confidential nature of some of the material contained in the transcript, Defendant requests the following specific redactions:

1. Page 17, Lines 11-5

2. Page 18, Lines 1-22

3. Page 21, Lines 9-18

4. Page 22, Lines 3-16

5. Page 35, Lines 16-21

6. Page 39, Lines 6-25

7. Page 40, Lines 1-25

8. Page 41, Lines 1-7 and 13-25

9. Page 42, Lines 1-12

10. Page 43, Lines 1-25

11. Page 44, Lines 1-22

12. Page 45, Lines 1-10

13. Page 46, Lines 1-6

14. Page 47, Lines 14-19

15. Page 48, Lines 3-21

16. Page 52, Lines 9-14

17. Page 60, Lines 4-25

18. Page 61, Lines 1-21

19. Page 64, Lines 3-14

For all of the foregoing reasons, Defendant respectfully requests that the Court grant its Motion to Redact Transcript.

| | |
|---|---|
| DATED: June 2, 2015 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Michelle Clark*

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
Michelle A. Clark
  michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Patrick D. Curran
  patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael D. Powell
  mikepowell@quinnemanuel.com
555 Twin Dolphin Dr.,
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650)801-5100

*Attorneys for Defendants Google and YouTube LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 2, 2015.

*/s/ Michelle Clark*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on June 2, 2015 counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is opposed.

*/s/ Michelle Clark*