IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>Google Inc., et al.,<br><br>      Defendants. | Civil Action No. 2:14-cv-11-JRG<br>**Lead case** |
| SimpleAir, Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>Google Inc.,<br><br>      Defendant. | Civil Action No. 2:13-cv-937-JRG<br>**Consolidated case** |

**Notice of Intent to Request Redaction**

Notice is hereby given that a request of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of the Court, which shall be on or before June 29, 2015. The proceeding occurred on June 4, 2015 and was reported by Shelly Holmes, the court reporter.

Date:  June 16, 2015

Respectfully submitted,

By: */s/ Michelle A. Clark*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Michelle A. Clark
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor

2

San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)
*Attorneys for Defendants Google Inc. and YouTube, LLC*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on June 16, 2015.

*/s/ Michelle Clark*
Michelle A. Clark
