UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC. § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:14-cv-00011-JRG |
| § | |
| GOOGLE INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

The Court enters this Order *sua sponte*. Due to the extensive letter briefs filed in this case, the parties are ORDERED to meet and confer and provide the Court with the following:

Two binders containing all letter briefs filed, such binders containing:

- an index;

- a numerical tab for each set of letter briefs (e.g. brief, response, reply, sur-reply)

    o with each numerical tab subdivided into alphabetic tabs,

        ▪ tab A containing the letter brief,

        ▪ tab B containing the response,

        ▪ tab C containing the reply (if any),

        ▪ tab D containing the sur-reply (if any);

- each binder is to be "D-Ring" style, and each page is to be printed single-sided; and

- ECF headings indicating the docket number are to be shown at the top of each page.

The parties are ORDERED to submit these binders to the Court five (5) calendar days after the date on which the filing of the Sur-Reply is due, or five (5) calendar days after the date of this Order, whichever date is later.

**So ORDERED and SIGNED this 22nd day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE