UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC. | § | |
|     *Plaintiff*, | § § § | |
| v. | § | Case No. 2:14-cv-00011-JRG |
| GOOGLE INC., | § § § | |
|     *Defendant*. | § § | |

### ORDER

    Before the Court is a Motion to Redact Transcript (Dkt. No. 146) filed by Defendants Google Inc., et al. The transcript was filed on the docket on May 7, 2015. (Dkt. No. 112). Pursuant to Local Rule CV-5.2, "[w]ithin seven days of the filing of the transcript in CM/ECF, each party wishing to redact a transcript must inform the court, by filing the attached Notice of Intent to Request Redaction." In addition, the language on the docket sheet, in bold red letters states: "NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript." Finally, the same docket text indicates that for this particular transcript, the "Redaction Request [is] due 6/1/2015."

    The Court, finding no notice of redaction filed by either party, and having received the redaction request on June 2, 2015, hereby **DENIES** the Motion (Dkt. No. 146).

    **So ORDERED and SIGNED this 23rd day of June, 2015.**

                                                                 RODNEY GILSTRAP
                                                                 UNITED STATES DISTRICT JUDGE