IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIMPLEAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14-cv-00011-JRG |
| | ) | |
| GOOGLE INC., et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SIMPLEAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:13-cv-00937-JRG |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GOOGLE INC'S CORRECTED MOTION TO REDACT TRANSCRIPT**

Defendant Google Inc. ("Defendant") respectfully submits this motion to redact the transcript of the hearing held in this case on June 4, 2015. During the hearing, certain matters were discussed that are confidential and subject to the Protective Order entered in this case. A transcript of the hearing was prepared by Shelly Holmes, Court Reporter.

Due to the confidential nature of some of the material contained in the transcript, Defendant requests the following specific redactions:

1. Page 8, Lines 2-10

2. Page 19, Lines 12-19

3. Page 20, Lines 3-6 and 14-24

4. Page 21, Lines 2-6, 11-18, and 21-24

5. Page 24, Lines 10-12

6. Page 25, Lines 2-6 and 13-18

7. Page 26, Lines 2-3, 5-13, and 17-19

8. Page 33, Lines 14-24

9. Page 34, Lines 1-25

10. Page 35, Lines 1-12

11. Page 36, Lines 8-25

12. Page 37, Lines 1-21

13. Page 38, Lines 12-23

14. Page 40, Lines 7-25

15. Page 50, Lines 14-18

For all of the foregoing reasons, Defendant respectfully requests that the Court grant its Motion to Redact Transcript.

DATED: June 30, 2015            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Michelle Clark*

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
Michelle A. Clark
  michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Patrick D. Curran
  patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael D. Powell
  mikepowell@quinnemanuel.com
555 Twin Dolphin Dr.,
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650)801-5100

*Attorneys for Defendants Google and YouTube, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 30, 2015.

*/s/ Michelle Clark*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on June 30, 2015 counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is opposed.

*/s/ Michelle Clark*