IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Google Inc., et al., <br><br> Defendants. | Civil Action No. 2:14-cv-11-JRG <br>**Lead case** |
| SimpleAir, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Google Inc., <br><br> Defendant. | Civil Action No. 2:13-cv-937-JRG <br>**Consolidated case** |

**DEFENDANTS' NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS PURSUANT TO COURT'S MAY 28, 2015 STANDING ORDER**

Defendants Google Inc. and YouTube, LLC ("Defendants") submit the following document pursuant to Court's May 28, 2015 Standing Order:

- Petitioner Google Inc.'s July 27, 2015 Objections to Evidence Pursuant to 37 C.F.R. § 42.64(b)(1) for U.S. Patent No. 8,601,154, case no. IPR2015-00180, attached herewith as Exhibit 1.

Although Defendants do not believe this document is materially relevant to any motions currently pending before the Court, this Notice is being submitted to provide full disclosure of all related proceedings of which Defendants are aware, in the event that the Court considers them relevant to any issue.

2

Dated:  July 29, 2015                                             Respectfully submitted,


By: */s/ Michelle A. Clark*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Michelle A. Clark
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Patrick D. Curran
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)
*Attorneys for Defendants Google Inc. and YouTube, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2015.

>                   */s/ Michelle A. Clark*
>                   Michelle A. Clark