IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>Google Inc., et al.,<br><br>   Defendants. | Civil Action No. 2:14-cv-11-JRG<br>**Lead case** |
| SimpleAir, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>Google Inc.,<br><br>   Defendant. | Civil Action No. 2:13-cv-937-JRG<br>**Consolidated case** |

**Joint Stipulation Regarding Case Narrowing**

  Plaintiff SimpleAir, Inc. ("SimpleAir") and Defendants Google Inc. ("Google") and YouTube LLC ("YouTube") hereby stipulate, as follows:

  1. **'154 Patent**. To narrow the case for trial, SimpleAir has agreed not to assert U.S. Patent No. 8,601,154 ("the '154 Patent") at the October 7, 2015 trial ("the trial") against either YouTube or Google. The parties will file a joint motion to dismiss with prejudice all claims and counterclaims in the above captioned actions as to the '154 Patent. Google will not make any arguments or present any evidence regarding the dropping of YouTube or of the '154 Patent at the trial (or in any further trial or retrial of the above-captioned actions), including any such arguments concerning damages or asserting a license defense. In addition, regardless of the outcome of the trial or any post-trial motions orders or appeals, neither Google or YouTube will

1

seek costs or fees (under any law or rule) or seek or dispute prevailing party status based on SimpleAir's prosecution or abandonment of its claims on the '154 patent against Google or YouTube.

2. **YouTube**. To narrow the case for trial, SimpleAir's claims for infringement in the above-captioned matters against YouTube will be dismissed with prejudice.

3. **Priority date**. For the purposes of this litigation, Google will not challenge and hereby stipulates to the January 26, 1996 priority date of U.S. Patent No. 8,572,279 ("'279 Patent"). The parties agree that Google shall not be precluded from arguing in any subsequent action (not including any retrial of this case or any portion of it) that any patent claiming priority to any of the four provisional applications to which the '279 Patent claims priority is not entitled to the January 26, 1996 priority date. The fact that Google stipulates not to challenge the January 26, 1996 priority date for the '279 Patent shall not be deemed an acknowledgement that such patent is actually entitled to that priority date.

4. **Written description, claim 15.** Google hereby withdraws any written description defense in this case. In reliance on the foregoing stipulation, SimpleAir withdraws claim 15 of the '279 Patent from this action.

5. For additional clarity, no costs or fees or findings relevant to exceptional case, litigation misconduct, or prevailing party status will be based on or consider the entry of this stipulation by either party.

Date: October 12, 2015      Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann
CA State Bar No. 227472
(admitted to practice before the U.S. District
Court for the Eastern District of Texas)

                        Simon Franzini
                        CA State Bar No. 287631
                        (admitted to practice before the U.S. District
                        Court for the Eastern District of Texas)
                        DOVEL & LUNER, LLP
                        201 Santa Monica Blvd., Suite 600
                        Santa Monica, CA 90401
                        Telephone: 310-656-7066
                        Facsimile: 310-657-7069
                        Email: jeff@dovel.com
                        Email: simon@dovel.com

                        ATTORNEYS FOR PLAINTIFF
                        SIMPLEAIR, INC.


DATED: October 12, 2015        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                     By     */s/ Michael D. Powell*
                                       _____

                                       J. Mark Mann
                                     State Bar No. 12926150
                                     G. Blake Thompson
                                     State Bar No. 24042033
                                     MANN | TINDEL | THOMPSON
                                     300 West Main Street
                                     Henderson, Texas 75652
                                     (903) 657-8540
                                     (903) 657-6003 (fax)

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
                                     Charles K. Verhoeven
                                       charlesverhoeven@quinnemanuel.com
                                     Michelle A. Clark
                                       michelleclark@quinnemanuel.com
                                     50 California Street, 22nd Floor
                                     San Francisco, California  94111-4788
                                     Telephone: (415) 875-6600
                                     Facsimile: (415) 875-6700

                                     Patrick D. Curran
                                       patrickcurran@quinnemanuel.com
                                     51 Madison Avenue, 22nd Floor,
                                     New York, New York 10010
                                     Telephone: (212) 849-7000

Facsimile: (212) 849-7100

Michael D. Powell
   mikepowell@quinnemanuel.com
555 Twin Dolphin Dr.,
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650)801-5100

*Attorneys for Defendants Google Inc. and YouTube, LLC*

## Certificate of Service

I certify this document is being served on counsel of record by email on the date listed above.

/s/ *Jeff Eichmann*