IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Google Inc., et al., <br><br> Defendants. | Civil Action No. 2:14-cv-11-JRG <br> **Lead case** |
| SimpleAir, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Google Inc., <br><br> Defendant. | Civil Action No. 2:13-cv-937-JRG <br> **Consolidated case** |

## VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in the case.

Question No. 1. Did SimpleAir, Inc. ("SimpleAir") prove by a preponderance of the evidence that Google Inc. ("Google") directly infringed the asserted claims of the '279 patent?

**Answer YES or NO.**

Claim 1: _no_

Claim 3: _no_

Claim 4: _no_

Claim 6: _no_

Claim 7: _no_

Claim 8: _no_

Claim 9: _no_

Please proceed to Question No. 2.

[signature] 10/12/15

Question No. 2.  Did Google prove by clear and convincing evidence that any of the following claims of the '279 patent are invalid?

**Answer YES or NO.**

Claim 1:  No

Claim 3:  No

Claim 4:  No

Claim 6:  No

Claim 7:  No

Claim 8:  No

Claim 9:  No.

[signature]

10/12/15

We, the jury, unanimously agree to the answers to the preceding questions and return them under the instructions of this Court as our verdict in this case.

(The jury foreperson should sign and date the verdict form and return it to the Court Security Officer)

10/12/15
DATE

JURY FOREPERSON